**Opinion issued October 4, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00797-CR

———————————

**GREGORY DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 351st District Court
Harris County, Texas
Trial Court Case No. 1572354

## MEMORANDUM OPINION

Appellant Gregory Davis pleaded guilty to the third-degree felony offense of possession of a controlled substance. *See* TEX. PENAL CODE § 481.115. In accordance with the terms of a plea bargain, the trial court sentenced appellant to 4 years in prison. Representing himself, Davis filed a notice of appeal.

In a plea bargain case, a defendant may appeal only matters raised by a written motion that was filed and ruled upon before trial, or after obtaining the trial court's permission to appeal. TEX. CODE CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2). Neither applies in this case.

We must dismiss a criminal appeal if a certification showing that the appellant has a right to appeal has not been made part of the record under the rules of appellate procedure. *See* TEX. R. APP. P. 25.2(d). The trial court's certification states that this is a plea bargain case and Davis has no right of appeal. Because this is a plea-bargain case, appellant has no right to appeal.

Accordingly, we dismiss this appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.
Do not publish.  TEX. R. APP. P. 47.2(b).